

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 13-572-01 |
| JOSEPH HARVEY | : |

### JUDGMENT OF ACQUITTAL

**AND NOW**, this 19th day of March, 2014, the jury having returned its verdict finding the defendant not guilty, it is **ORDERED** that **JUDGMENT** is entered accordingly pursuant to Federal Rule of Criminal Procedure 32(b).

TIMOTHY J. SAVAGE, J.

FILED
MAR 20 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

cc:   U.S. Marshal
      Probation Office
      Counsel